## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL CINCOSKI, | * | |
| ADC # 143538 | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 1:09-cv-00038-SWW-JJV |
| | * | |
| RICHARD, Dr., Grimes Unit, | * | |
| Arkansas Department of Correction; *et al.* | * | |
| | * | |
| Defendants. | * | |

### ORDER

The motion [doc.#112] of plaintiff Daniel Cincoski for an extension of time in which to file objections to the Magistrate Judge's Proposed Findings and Recommendations [doc.#108], which were entered on August 25, 2010, is hereby granted. Plaintiff's objections to the Magistrate Judge's Proposed Findings and Recommendations must be filed within fourteen (14) days of the date of entry of this Order.

The Motion [doc.#110] of plaintiff for a copy of the amended complaint [doc.#15] and the motion to amend [doc.#35] is hereby granted. The Clerk of Court is directed to provide plaintiff a copy of these documents along with this Order.

The motion [doc.#111] of plaintiff for the appointment of counsel has been considered by the Court and is hereby denied.

IT IS SO ORDERED this 16th day of September 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE