# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL CINCOSKI, | * | |
| ADC # 143538 | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 1:09-cv-00038-SWW-JJV |
| | * | |
| RICHARD, Dr., Grimes Unit, | * | |
| Arkansas Department of Correction; *et al.* | * | |
| | * | |
| Defendants. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 5th day of October 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE