IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL CINCOSKI, | * | |
| ADC # 143538 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 1:09-cv-00038-SWW-JJV |
| | * | |
| RICHARD, Dr., Grimes Unit, Arkansas | * | |
| Department of Correction; *et al.* | * | |
| | * | |
| Defendants. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

DATED this 12th day of March 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE