# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL CINCOSKI, | * | |
| ADC # 143538 | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 1:09-cv-00038-SWW-JJV |
| | * | |
| RICHARD, Dr., Grimes Unit, | * | |
| Arkansas Department of Correction; *et al.* | * | |
| | * | |
| Defendants. | * | |

## ORDER

The motion [doc.#166] of plaintiff Daniel Cincoski for reconsideration of this Court's Order and Judgment [doc.#'s 163, 164] adopting in their entirety the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe has been considered by the Court and is hereby denied.

IT IS SO ORDERED this 30th day of March 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE